UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLIN TRELLY,<br><br>*Plaintiff,*<br><br>v.<br><br>COUNTY OF MONROE, The SHERIFF of the COUNTY OF MONROE, and MONROE COUNTY DEPUTY SHERIFF GEIGER,<br><br>*Defendants.* | CERTIFICATE OF SERVICE<br><br>Case No.: 13-cv-6248 |

I hereby certify that on **January 13, 2014**, I electronically filed the foregoing **INITIAL DISCLOSURES** and this **CERTIFICATE OF SERVICE** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant on this case:

> **Ted A. Barraco, Esq**.
> *Attorney for Plaintiff*
> 19 West Main Street, Suite 721
> Rochester, New York 14614
> Telephone: 585.546.5980
> Fax: 585.232.6595
> Email: tbarraco@frontiernet.net

I hereby certify that on, the following non-CM/ECF participant was served by mail with the foregoing:

> **None.**

*/s/ Mallorie C. Rulison*
_____
**MALLORIE C. RULISON**